**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-2442**

─────────────

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

versus

MARC ALAN GREIDINGER,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
97-2283-S)

─────────────

Submitted:  December 18, 1997        Decided:  January 7, 1998

─────────────

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Lawrence Verline Wilder, Appellant Pro Se.  Marc Alan Greidinger,
Springfield, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment for Appellee on Appellant's legal malpractice claims and denying Appellant's motion for summary judgment. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilder v. Greidinger</u>, No. CA-97-2283-S (D. Md. Oct. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>